USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA,

- v. -

DEAN SKELOS and ADAM SKELOS,

Defendants.

-----------------------------------------------x

ORDER

S1 15 Cr. 317 (KMW)

It is hereby ORDERED that the defendants will be arraigned on Superseding Indictment S1 15 Cr. 317 (KMW) at the pretrial conference on July 30, 2015 at 11:00 a.m. It is further hereby ORDERED that, upon the consent of the parties, the time between July 23, 2015 and July 30, 2015, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), for the reasons set forth in the Government's application, dated July 22, 2015, namely, to allow time for defense counsel to review discovery and consider what motions, if any, to file. The Court finds that the ends of justice served by granting of a continuance outweigh the interests of the public and the defendants in a speedy trial.

Dated: New York, New York
       July 23, 2015

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK