UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v.- | : | S1 15 Cr. 317 (KMW) |
| DEAN SKELOS and ADAM SKELOS, | : | **NOTICE OF MOTION** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, together with the Exhibits thereto, the United States of America moves this Court, before the Honorable Kimba M. Wood, for an Order providing the relief sought therein.

Dated:   October 23, 2015
         New York, New York

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney

             By:        /s/
                                    Jason A. Masimore/Rahul Mukhi/
                                    Tatiana R. Martins/Thomas A. McKay
                                    Assistant United States Attorneys