USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:        15 CR 317 (KMW)
- against -
:        ORDER
DEAN SKELOS AND ADAM SKELOS
:
Defendants.
:
-------------------------------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

Because the Joint Proposed Voir Dire questions will take a particularly long time to answer (because of their sheer number, and because some require more time to reflect before answering than typical voir dire questions), I propose that many of them be asked in a written questionnaire, that the Jury Administrator could administer to prospective jurors a week or more before trial.

Counsel are asked to consider this, to confer with one another, and then to schedule a conference to discuss this, either in person, or on the telephone.

SO ORDERED.

DATED:   New York, New York
         October 26, 2015

_____
KIMBA M. WOOD
United States District Judge