U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/16

January 26, 2016

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Dean Skelos & Adam Skelos</u>, S1 15 Cr. 317 (KMW)

Dear Judge Wood:

The Government respectfully writes to request that its deadline to respond to the defendants' post-trial motion be set for February 12, 2016. The defense consents to the Government's request.

*Granted. KMW*

If the Government's request is acceptable to the Court, we respectfully request that Your Honor so order this letter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   /s/
Rahul Mukhi/Jason A. Masimore/Tatiana Martins
Assistant United States Attorneys
(212) 637-1581/2580/2215

cc: Counsel of Record

*Any reply is due Feb. 19, 2016.*

1-27-16
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.