# GAGE SPENCER & FLEMING LLP

ATTORNEYS AT LAW

410 PARK AVENUE

NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

February 3, 2016

**By ECF**

The Hon. Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007-1312

Re:  *United States v. Dean Skelos and Adam Skelos,*
     S1 15 Cr 317 (KMW)

Dear Judge Wood:

    We write on behalf of Dean and Adam Skelos respectfully to request a brief adjournment of defendants' sentencings. We have spoken to AUSA Tatiana Martins about this request and been informed that the government has no objection to the request and would be available on April 1, 4 or 5, if one of those dates works for the Court. The sentencing is currently scheduled for March 3, 2016.

    We also request that the deadlines for our sentencing submissions and objections to the draft Presentence report be adjourned to March 10, 2016.

    If this proposal is acceptable to the Court, we respectfully request that Your Honor so order this letter.

Respectfully submitted,

/s/
G. Robert Gage, Jr.

CC:  All counsel of record