UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>        - v. -<br><br>Dean Skelos and Adam Skelos,<br><br>                Defendants. | S1 15 Cr 317 (KMW) |

**LETTERS SUBMITTED ON BEHALF OF DEAN SKELOS**

G. Robert Gage, Jr.
Joseph B. Evans
Gage Spencer & Fleming LLP
410 Park Avenue, Suite 900
New York, New York 10022
(212) 768-4900

*Attorneys for Dean Skelos*

# INDEX

| No.[1] | Author |
|---|---|
| 1. | Basil Skelos |
| 2. | Ann Vanech Philippou |
| 3. | Welquis and Miriam Lopez |
| 4. | Peter Skelos |
| 5. | Peter Michelis |
| 6. | Donald and Denise Wolfson |
| 7. | Faith Skelos |
| 8. | Justine DiBrita |
| 9. | George Lavas |
| 10. | Anastasia Skelos Lester |
| 11. | Ann Marie Skelos |
| 12. | Gail Skelos |
| 13. | Alexis Skelos |
| 14. | Roy Lester |
| 15. | Eugene Bechtle |
| 16. | Thomas Dunham |
| 17. | Gil Bernardino |
| 18. | Barbara DeGrace |
| 19. | Ambassador Vassilios Philippou |
| 20. | Paul Weidenbaum |
| 21. | Tracy Lloyd |
| 22. | Dennis and Janet Corbi |
| 23. | Buddy and Christine Haunss |
| 24. | Rita Orefice |
| 25. | Marguerite Peugeot |
| 26. | Michael G. McGinty |
| 27. | Gregory Peterson |
| 28. | Kelly Cummings |
| 29. | Robert Mujica |
| 30. | Beatrice Armony |
| 31. | Francis Patience |

---

[1] The first 79 letters have been cited in the accompanying Sentencing Memorandum and are compiled herein in the order in which they appear in the brief. The remainder of the letters submitted on behalf of Dean Skelos have been included thereafter in alphabetical order.

| | |
|---|---|
| 32. | Dawn L. Harrington |
| 33. | Jeffrey Harrington |
| 34. | Alison Horgan |
| 35. | Frank Alleva |
| 36. | Mark Turan |
| 37. | Sen. Simcha Felder |
| 38. | Eileen Goggin |
| 39. | Jessica DiBrita |
| 40. | Michael Arens |
| 41. | Elizabeth Finlay |
| 42. | Robert Furlong |
| 43. | Donna and Bruce Zides |
| 44. | Jeffrey Greenfield |
| 45. | Angelo Siconolfi |
| 46. | Lois Beedenbender |
| 47. | Eileen Dahlem |
| 48. | Henry Hastava |
| 49. | Joan and Donald MacNaughton |
| 50. | Rabbi Mordechai Kamenetzky |
| 51. | Jean Profeta |
| 52. | David Lewis |
| 53. | Kelly McCready |
| 54. | Charles Silverstein |
| 55. | Sherry Durnan |
| 56. | Marie Gange |
| 57. | Lewis Bazakos |
| 58. | Charles Casolaro |
| 59. | John and Karole Rapant |
| 60. | Diane Burman |
| 61. | Fr. Joakim Valasiadis |
| 62. | Paul Durnan |

| | |
|---|---|
| 63. | Rabbi David Zwiebel |
| 64. | Margaret Malito |
| 65. | Constantine N. Katsoris |
| 66. | William Adelhelm |
| 67. | Patricia Banhazl |
| 68. | Olga Gazonas |
| 69. | Russel Newkirk |
| 70. | Nicholas Skelos |
| 71. | Carla Silverstein |
| 72. | Michael McGuiness |
| 73. | Thomas Lester |
| 74. | Don DiBrita Sr. |
| 75. | Deborah Bass |
| 76. | Barbara Drago |
| 77. | Greg Banhazl |
| 78. | Steven Dahlem |
| 79. | Mary Perinelli |
| 80. | Joann Adams |
| 81. | Thomas Alexanderson |
| 82. | Patricia Alonge |
| 83. | Robert Arnold |
| 84. | Deborah Avondet-Aue |
| 85. | Mallory Baringer |
| 86. | Robert Barra |
| 87. | Doreen Barry |
| 88. | John Barry |
| 89. | Maxim Bartko and Penelope Bartko |
| 90. | James Basker |
| 91. | James Bazakos |
| 92. | Francis Becker |
| 93. | Gene Bernstein |

| | |
|---|---|
| 94. | Lou & Alberta Biscotti |
| 95. | Brent Bogardus |
| 96. | Drew and Karen Bogner |
| 97. | Mary Bosworth |
| 98. | Elizabeth Boylan |
| 99. | Joseph Brunetta |
| 100. | Thomas Bucaria |
| 101. | Eileen Burke |
| 102. | Daniel Casella |
| 103. | Maryanne Creegan |
| 104. | Thomas Creegan |
| 105. | Edward Coghlan |
| 106. | John Conway |
| 107. | Denise Coyle-DeVita |
| 108. | Margery Dardani |
| 109. | Thomas Dauscher |
| 110. | Margaret Davis |
| 111. | Rabbi Resiman Dean |
| 112. | John DeGrace |
| 113. | Barbara Deverna |
| 114. | Don DiBrita Jr. |
| 115. | Nancy DiBrita |
| 116. | Pamela Fakatselis |
| 117. | Christine and Kevin Fee |
| 118. | Domenick Gerardi |
| 119. | Matthew Geyer |
| 120. | James Gill |
| 121. | Rabbi Steven Graber |
| 122. | Jose R. Gonzalez |
| 123. | John Googas |
| 124. | Scott Guardino |
| 125. | Joanne Hadjiyane |
| 126. | William and Nancy Kady |

| | |
|---|---|
| 127. | Fr. Matthew Kakis |
| 128. | Glenda Kaplan |
| 129. | Bess Kenary |
| 130. | John Kiernan |
| 131. | Monsignor William Koenig |
| 132. | Martha Krisel |
| 133. | Gary Krupp |
| 134. | Donna Gallo Langan |
| 135. | Rev. Patric Legato |
| 136. | Jason Lester |
| 137. | Paige Lester |
| 138. | Gary Lewi |
| 139. | Jamie MacMillan |
| 140. | Helen Mahares |
| 141. | Robert Malito |
| 142. | Steve Malito |
| 143. | Paul McGraw |
| 144. | James McMahon |
| 145. | Alanna McTaggart |
| 146. | E███, N█████ and C█████ M█████ |
| 147. | Penny Michelis |
| 148. | Missy Miller |
| 149. | Robert Minion |
| 150. | William Murphy |
| 151. | Linda Nunziato-Kramer |
| 152. | Marilyn and Bernie O'Brien |
| 153. | Martin Oliner |
| 154. | Frederick Parola |
| 155. | Michael C. Pascucci |
| 156. | Katherine Pendergast |
| 157. | Anthony Pirozzi Jr |
| 158. | Eva Pittas |
| 159. | Bruce Punger |

| | |
|---|---|
| 160. | Franklin Rothenberg |
| 161. | Teresa Rowan |
| 162. | Mark Sackstein |
| 163. | Carol Segal |
| 164. | Paul Sengakis |
| 165. | Catherine and Jack Sharkey |
| 166. | Alan Sheinman |
| 167. | Robert Sher |
| 168. | Billy Skelos |
| 169. | Helen Skelos |
| 170. | Sandra Smith |
| 171. | Michael Sobol |
| 172. | Richard Sturn |
| 173. | Peter Sullivan |
| 174. | Angel Taveras |
| 175. | Ellenmorris Tiegerman |
| 176. | Bessie Valasiadis |
| 177. | Michael Vessa |
| 178. | Mr. and Mrs. Vignola |
| 179. | Michael Vitelli |
| 180. | Edward Watson |
| 181. | Robert and Patricia Williams |
| 182. | Rev. Peter Young |
| 183. | Patrick Zagarino |
| 184. | Marcy Zarcone |