UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

DEAN SKELOS and ADAM SKELOS,

Defendants.

S1 15 Cr. 317 (KMW)

**DECLARATION OF
JULIAN S. BROD**

JULIAN S. BROD, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am an Associate at Hoguet Newman Regal & Kenney, LLP, attorneys for Defendant Adam Skelos.  I am submitting this declaration in support of the defendants' Motions *In Limine*, dated April 2, 2018.

2.      Attached hereto as Exhibit A is a true and correct copy of the document that the government produced to the defendants as WEINSTOCK 3584-02.

3.      Attached hereto as Exhibit B is a true and correct copy of the document that the government produced to the defendants as AMBROSINO 3573-02.

4.      Attached hereto as Exhibit C is a true and correct copy of the document that the government produced to the defendants as GERSTMAN 3577-01.

5.      Attached hereto as Exhibit D is a true and correct copy of the document marked as Government Exhibit 1434-T in the prior trial in this action.

6.      Attached hereto as Exhibit E is a true and correct copy of the document that the government produced to the defendants as RAPTIS 3568-01.

7.      Attached hereto as Exhibit F is a true and correct copy of the document marked as Government Exhibit 1337 in the prior trial in this action.

8.      Attached hereto as Exhibit G is a true and correct copy of the document marked as Government Exhibit 2503 in the prior trial in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2018
       New York, New York

_____
/s/ Julian S. Brod
JULIAN S. BROD (JB 8269)