```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


----------------------------x
                             :
UNITED STATES OF AMERICA     :
                             :
v.                           :        15 Cr. 317 (KMW)
                             :
DEAN SKELOS and              :
ADAM SKELOS,                 :
                             :
          Defendants.        :
                             :
----------------------------x
```

**GOVERNMENT EXHIBIT 1434-T**
S1 15 Cr. 317 (KMW)

```
              Recorded Telephone Calls
                   516-497-2603
                ADAM SKELOS Cellphone


           Call Date:  December 22, 2014
           Call Time:  1:57:54 PM
           Session Number:  1081
           Participants:  ADAM SKELOS
                          DEMETRIOS RAPTIS
```

```
 1              RECORDING:  Welcome.  Pan Gregorian of -- please
 2   hold a moment.
 3              (Phone ringing)
 4              RAPTIS:  Gregorian.  May I help you?  Good
 5   afternoon.  Dimitri speaking.
 6              A. SKELOS:  Hello, Dimitri.  This is Adam Skelos.
 7              RAPTIS:  Hello.  How are you?
 8              A. SKELOS:  I'm good.  How are you?
 9              RAPTIS:  I'm okay.
10              A. SKELOS:  I missed your call.
11              RAPTIS:  I'm sorry?
12              A. SKELOS:  I had a call on my phone saying it
13   was your number.  Were you trying to reach me?
14              RAPTIS:  Who is this?
15              A. SKELOS:  It's Adam Skelos.
16              RAPTIS:  No, I did not.  I didn't call you today
17   because today's Christmas.  I cannot call you.  I told you
18   I'm going to have to call you after, after, after the
19   holidays, not today.  I didn't call you today.
20              A. SKELOS:  I tell you what, Dimitri.
21              RAPTIS:  Yes, sir?
22              A. SKELOS:  Every time you call me, you see my
23   father's name in the paper, right?
24              RAPTIS:  No.
25              A. SKELOS:  If you want, you want to start doing
```

```
 1  some work together, you're going to have to call me a
 2  little more frequently; otherwise, don't call me at all.
 3  Okay?  What I wanted to set up with you was something that
 4  would have helped you more than me.  Do you understand
 5  that?
 6              RAPTIS:  I am trying to.  But I don't know why,
 7  why you -- I didn't call you, though.  I didn't, I didn't
 8  call you.
 9              A. SKELOS:  I have it on my -- I have a missed
10  call on my phone says Dimitri Pan Gregorian.  Okay?  That's
11  number one.  But, see, if you were going to set this
12  meeting up, you would have done it a while ago.  You've
13  done nothing.  Okay?
14              RAPTIS:  I don't understand you are saying.
15              A. SKELOS:  Now, do you want to have --
16              RAPTIS:  You have an --
17              A. SKELOS:  -- do you want to have the meeting or
18  no?
19              RAPTIS:  You have an, you have an attitude --
20              A. SKELOS:  Because I'll tell you one thing.
21              RAPTIS:  Yes.
22              A. SKELOS:  A lot of people don't have my
23  cellphone number, okay?  I don't give my cellphone number
24  out to everybody.
25              RAPTIS:  Yes.
```

1              A. SKELOS:  You have my cellphone number.  Now
2    I'm getting missed calls and this and that.  It's a
3    privilege to have that number.  Now, if you want to utilize
4    my fucking reach and business opportunity, then you call me
5    and I'll set up a meeting.  Otherwise, don't tell me you're
6    going to set up a meeting and not set it up.  Okay?
7    Because you bullshit --
8              RAPTIS:  (Indiscernible)
9              [Stop: 01:58]
10             [Start: 02:01]
11             A. SKELOS:  Oh, we do very good, very good
12   things; we do it -- but you don't do a fucking thing.
13   Okay?  That's why you are where you are and I am where I
14   am.  Okay?
15             RAPTIS:  What -- now --
16             A. SKELOS:  Now, if you want to set something
17   up --
18             RAPTIS:  -- where, where, where --
19             A. SKELOS:  -- if you want to set something up --
20             RAPTIS:  -- where are you?
21             A. SKELOS:  -- you let me know.
22             RAPTIS:  Where are you?
23             A. SKELOS:  I'm doing very well, Dimitri.  I'm
24   doing really well.
25             RAPTIS:  Okay.

1               A. SKELOS:  And I could -- I can make you do very
2  well too if you --
3               RAPTIS:  But you --
4               A. SKELOS:  -- follow through with what you said.
5  But you never follow through with what you say.
6               RAPTIS:  Okay.
7               A. SKELOS:  All right?
8               RAPTIS:  If you, if you -- you learn from your
9  father and your father from your grandfather that you have
10 to listen not only talk.  So listen to me for a moment.
11 Now, you talked; let me talk to you.
12              First of all, I am doing whatever I am doing for
13 a long, long period of time.  And because of that, I have,
14 as you call it, a life experience.  You can buy -- you can
15 learn everything, but not experience.  You have to gain the
16 experience by whatever you do.  So I know what I'm doing
17 and I'm doing very well.
18              A. SKELOS:  Um-hum.
19              RAPTIS:  So I, I say that I'm going to make a
20 meeting, but on the, on the appropriate time.  Because if I
21 make a meeting on this time of the year, it will be like
22 trying to build on the sand or trying to talk to someone.
23 And, you know, I don't like -- you see, if you use your
24 language well and if you are educated well, like I am, you
25 don't have to be ever in your life upset.  Never.

```
 1              A. SKELOS:  Do you think, do you think that my
 2   only opportunity is gas with you?  Is it --
 3              RAPTIS:  I didn't say that.
 4              A. SKELOS:  Do you think I'm limited to, to, to
 5   gas?  Is that it?
 6              RAPTIS:  I didn't say that.  I didn't say that.
 7              A. SKELOS:  Okay.
 8              RAPTIS:  But you know, you know I'm -- we have --
 9              A. SKELOS:  Okay.
10              RAPTIS:  -- in this place over --
11              A. SKELOS:  Right.
12              RAPTIS:  -- 4,000 members, 4,000.
13              A. SKELOS:  4,000.  I do the, I do the Nassau
14   Police PBA.  They have over 45,000 members, okay?
15              RAPTIS:  Yes, I know.
16              A. SKELOS:  So (indiscernible)
17              RAPTIS:  No, I see.  But I'm telling you  what I
18   do.
19              A. SKELOS:  But I promise you this.  It is more
20   than just gas.  There are more commodities than --
21              RAPTIS:  But you don't let me finish.  Let me
22   finish.
23              A. SKELOS:  No, no, no.
24              RAPTIS:  I am telling you this that I --
25              A. SKELOS:  I am telling you I am finished.  I am
```

```
 1  finished.
 2            RAPTIS:  You're finished?
 3            A. SKELOS:  You had an opportunity.
 4            RAPTIS:  Yes.
 5            A. SKELOS:  Now it's done.  It's done.
 6            RAPTIS:  I have an opportunity for what?
 7            A. SKELOS:  You had an opportunity to work with
 8  someone who could get a lot of things done for you, but now
 9  it's done.
10            RAPTIS:  Like what?
11            A. SKELOS:  It's done.  I'm not going to go
12  there.  I'm not going to say this on the phone.  You could
13  have heard those opportunities in person, but you wanted to
14  not do that.  For some reason, you thought you were more
15  important and more powerful because you have a few members
16  that, that have diners.  Okay.  Who gives a shit about
17  diners?  But that's fine.  You do you --
18            RAPTIS:  You're upset.
19            A. SKELOS:  -- I'll do me.
20            RAPTIS:  You're upset, aren't you?
21            A. SKELOS:  You, you do you with your life, I'll
22  do me, and we'll both go our separate ways.
23            RAPTIS:  You're upset, all right?  You're upset,
24  all right?
25            A. SKELOS:  No, I'm not upset.  I don't get upset
```

```
 1  by you -- by people that are (indiscernible)
 2            RAPTIS:  Well, but your voice, it's very
 3  disturbed, so it must -- something happened.
 4            A. SKELOS:  I can't -- it's very frustrating
 5  talking to somebody if they can barely understand what you
 6  say.  Okay?
 7            RAPTIS:  Barely --
 8            A. SKELOS:  I gave you an opportunity.
 9            RAPTIS:  Barely understand?
10            A. SKELOS:  I gave you an opportunity and you --
11            RAPTIS:  You said barely understand?
12            A. SKELOS:  -- you squandered that opportunity.
13  You squandered it.
14            RAPTIS:  You said barely understand?  Is that
15  what you're saying?
16            A. SKELOS:  Barely, barely.  Barely means less
17  than able to.  Listen, Dimitri, you have --
18            RAPTIS:  Yes.
19            A. SKELOS:  -- a nice life.  You can lose my
20  number, though, okay?
21            RAPTIS:  Of course not.
22            A. SKELOS:  Okay, very good.
23            (End of call)
24
25
```