FD-302 (Rev. 5-8-10)

- 1 of 2 -



UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/11/2015

    DEMETRIOS RAPTIS, date of birth ▓▓▓▓▓▓, who resides at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, home telephone number ▓▓▓▓▓▓, cell phone number ▓▓▓▓▓▓, was interviewed at the offices of PAN GREGORIAN ENTERPRISES (PGE), 23-35 Steinway Street, Astoria, NY 11105. Also present during the interview was Investigator John Barry from the United States Attorney's Office for the Southern District of New York. After being advised of the identities of the interviewing Agents and the nature of the interview, RAPTIS provided the following information:

    PGE represents approximately 800 diners throughout the five boroughs of New York City. PGE has programs to provide member establishments with food, utilities, marketing, and other services. The PGE board does not meet regularly but holds meetings whenever important issues arise regarding contracts and other matters.

    Approximately two to three years ago, ADAM SKELOS (ADAM) visited PGE with a representative from a utility company which supplied gas and electricity. ADAM and his colleague made a presentation to the PGE board in order to persuade the board to have its member diners switch utility service from the Long Island Power Authority (LIPA) to ADAM's colleague's company. RAPTIS had never met ADAM prior to that day. RAPTIS presumed ADAM first approached someone at a member diner on Long Island to offer his services and then ADAM was referred to PGE. RAPTIS understood from the PGE members that they were not interested in switching utility companies, so ADAM's program was not accepted by PGE. An individual diner had the right to make a decision like switching a utility company on its own. However, member diners are supposed to consult with PGE on any such decisions and the PGE board must vote on it.

    RAPTIS has never spoken to ADAM's father, DEAN SKELOS (DEAN), but RAPTIS knew DEAN's name as a public official. DEAN was once invited to the opening of the LYNBROOK DINER, which was one of PGE's members.

UNCLASSIFIED//FOUO

Investigation on  04/30/2015   at   Astoria, New York, United States (In Person)

File #  194A-NY-5636957                                                    Date drafted   05/06/2015

by   PAUL M. TAKLA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

RAPTIS 3568-01

UNCLASSIFIED//FOUO

194A-NY-5636957

Continuation of FD-302 of  Interview of DEMETRIOS RAPTIS on 4/30/2015 , On  04/30/2015 , Page  2 of 2

    ADAM called RAPTIS late last year after RAPTIS mistakenly dialed ADAM's number. ADAM was upset because RAPTIS never followed up on ADAM's proposal to have PGE members switch utility companies. ADAM cursed RAPTIS and said he did not need RAPTIS's business before ADAM hung up.

[Administrative Note: At this point in the interview, the interviewing Agents played a recording of a telephone call between RAPTIS and ADAM on December 22, 2014 which has been marked as Session 1081.]

    ADAM expected RAPTIS to follow up on the proposal because ADAM though he was important. Around the time of this call, DEAN's name was in the newspaper related to something in Rockville Centre, NY. RAPTIS did not think ADAM was very business-oriented. PGE members typically prefer dealing with people who speak Greek, and ADAM did not speak Greek. RAPTIS did not know what ADAM was referring to when he said he could do things for RAPTIS other than gas. RAPTIS felt ADAM was exerting pressure on him based on ADAM's and DEAN's names. RAPTIS has not spoken to ADAM since this call.

UNCLASSIFIED//FOUO