

**From:** charliedorego@aol.com
**Date:** April 10, 2013, 2:07:34 PM MST
**To:** "Glenn" <grink@abtechindustries.com>
**Subject: Adam**
**Reply-To:** charliedorego@aol.com


I'm told he's about 45 days away from producing the legislation and the RFP to do up to ten million project with you. He's hesitant (and his dad called) to do it with the engineer's making more money than him. If he doesn't get like a 4% commission I think they don't think it's worth pushing through.
Sent from my Verizon Wireless BlackBerry

GOVERNMENT
EXHIBIT
1337
S1 15 Cr. 317 (KMW)