GOVERNMENT EXHIBIT 2503 S1 15 Cr. 317 (KMW)

| | |
|---|---|
| **From:** | Glenn Rink |
| **To:** | bwhite@abtechindustries.com |
| **Subject:** | RE: Fwd: Adam |
| **Date:** | Wednesday, April 10, 2013 6:02:59 PM |

I think it's coming from Charlie not Adam



**Glenn R. Rink**
**President**
**AbTech Industries, Inc.**
4110 N. Scottsdale Rd., Suite 235
Scottsdale, AZ 85251
grink@abtechindustries.com
p. 480.874.4000
toll free. 1.800.545.8999
f. 480.970.1665



www.abtechindustries.com
Makers of Smart Sponge Products...



IMPORTANT: The information contained in this e-mail message is confidential and is intended only for the named addressee(s). If the reader of this e-mail message is not the intended recipient (or the individual responsible for the delivery of this e-mail message to the intended recipient), please be advised that any re-use, dissemination, distribution or copying of this e-mail message is prohibited. If you have received this e-mail message in error, please reply to the sender that you have received this e-mail message in error and then delete it.



**From:** Bjornulf White [mailto:bwhite@abtechindustries.com]
**Sent:** Wednesday, April 10, 2013 2:41 PM
**To:** Glenn Rink
**Subject:** Re: Fwd: Adam



Ok will call you in a while. I can't believe he's going to try to hold us hostage to renegotiate the contract. The engineers are getting paid for labor hours to do real work (I think around ~5500 manhours). Unreal.

**From:** Glenn Rink <grink@abtechindustries.com>
**Date:** Wed, 10 Apr 2013 14:33:19 -0700
**To:** White Bjornulf<Bwhite@abtechindustries.com>
**Subject:** Fwd: Adam

Call me please

Glenn Rink
President
AbTech industries, inc.
4110 N. Scottsdale Road
Suite 235

Scottsdale, Arizona 85251
480-874-4000- office
www.Abtechindustries.com

Sent from iPhone. Please excuse grammatical errors.

Begin forwarded message:

> **From:** charliedorego@aol.com
> **Date:** April 10, 2013, 2:07:34 PM MST
> **To:** "Glenn" <grink@abtechindustries.com>
> **Subject: Adam**
> **Reply-To:** charliedorego@aol.com
>
> I'm told he's about 45 days away from producing the legislation and the RFP to do up to ten million project with you. He's hesitant (and his dad called) to do it with the engineer's making more money than him. If he doesn't get like a 4% commission I think they don't think it's worth pushing through.
> Sent from my Verizon Wireless BlackBerry