UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

         - v. -

Dean Skelos and Adam Skelos,

            Defendants.

S1 15 Cr 317 (KMW)

## LETTERS SUBMITTED ON BEHALF OF DEAN SKELOS

G. Robert Gage, Jr.
Gage Spencer & Fleming LLP
410 Park Avenue, Suite 810
New York, New York 10022
(212) 768-4900

*Attorneys for Dean Skelos*

**INDEX**

| No. | Author |
|-----|--------|
| 1. | Gail Skelos |
| 2. | Ann Marie Diaz |
| 3. | Robin Sackstein |
| 4. | Gil Bernadino |
| 5. | Welquis Lopez |
| 6. | Charles P. Silverstein |
| 7. | Anastasia Skelos Lester |
| 8. | Carla A. Silverstein |
| 9. | Penelope Skelos Michelis |
| 10. | Mark Turan |
| 11. | John A. Catsimatidis |
| 12. | John J. Conway, III |
| 13. | Eva and Ed Watson |
| 14. | Rev. Peter G. Young |
| 15. | Donald R. DiBrita Sr. |
| 16. | Nancy A. DiBrita |
| 17. | Michael E. Arens |
| 18. | Eleni, Nikolas, Christina Michelis |
| 19. | Rev. Kenneth J. Doyle, Esq. |
| 20. | Gene M. Bernstein |
| 21. | Donna Gallo Langan |
| 22. | Paul H. Durnan |
| 23. | Sherry L. Durnan |
| 24. | Douglas Marcus, M.D. |
| 25. | Constantine A. Haliasos, M.D. |

September 29, 2018

Hon. Judge Kimba M. Wood
Daniel Patrick Moynihan US Courthouse
Courtroom 26A
500 Pearl St.
New York, NY  10007-13

Hon. Judge Kimba Wood:

Your Honor I would like to begin this letter by explaining what has happened to my husband both physically and mentally over the last few years.  A once proud honorable man with a distinguished career is now broken mentally and physically.  He is reclusive, severely depressed and abusing alcohol and using medication daily for depression and sleep. His hearing is abysmal even when using hearing aids as was evident when he was testifying. At one point he even had to ask you what a certain word was and I hope you didn't take that as disrespectful to you or the jury.  Dean can barely hear even with his hearing aids that we have updated every few years.

I worked in the New York State Senate for over 25 years starting in the office of Sen. Roy Goodman. I met Dean when he got elected to the Senate; we dated five years and then married in 1990.  I can tell you from first hand knowledge he was always considered one of "good guys" which is why he ascended to becoming Majority Leader. I have seen it all in Albany, enough to fill a book.  I know the bad and I know the good. There was never ever a whiff of Dean doing anything considered unethical. He was loved and respected by the Senators and the hundreds of staff he employed.  We

still hear from so many Albany people who can't believe what has happened to Dean.

I respect a jury's decision but I know from the bottom of my heart that when Dean was looking to help his son (like every parent does) there was absolutely no criminal intent.

Your Honor I can tell you first hand what Dean and the rest of our family have lived thru during the past 3 years has been horrifying, humiliating and life changing. I can also tell you that I have seen a major change in Dean. Dean's response has been stoic and brave in the face of this adversity we have had situations of physical threats, financial ruin, a broken marriage (not ours), and most importantly our beloved grandsons and their mother literally not having a roof over their heads. Dean stood up for them despite the objections from his son on a daily basis. His priority has been protecting our boys and their mother and easing the horrible transition they had to go thru alone. So one adult, two young boys (aged 2 and 3 ½), two cats and one 90-pound dog were moved into our home.

A **life-changing** situation for us turned into a **life saving** situation. It hasn't been easy at our age to be honest, but our main priority is to provide safety and stability for Ann Marie and the boys.

To see the boys sitting on their Papou's lap every morning and every night and pulling him by the hand up to bed each night to watch Peppa the Pig and fall asleep together is something we will never forget. He would take

turns bringing them to Stew Leonard's so they could learn to push the buttons for the automated displays.

Dean put the boys on the bus and took them off each day and cared for them like he did when his own son was little. Dean picked up Ann Marie (literally from the floor) and would talk to her for hour upon hour to help her find strength and the courage to move forward. We paid for her counseling and made sure the boys had every service available to them because of their autism diagnosis. We turned our basement into a classroom and that is where their therapists would work with them. Dylan is doing much better but our little Dean still does not have speech.

We have a long way to go with him but the exciting news is treatments are being discovered at Duke University using a child's cord stem cell blood injected back into their body. Dean has preliminary acceptance into this experimental program. It is very very expensive for each treatment. The cost is over $15,000 for each treatment. Dean is determined to give his grandson the gift of speech and will spend whatever money we have to make this happen. Please take this into consideration when deciding on a fine. There is a trust set up for both boys in case they need lifetime care so we could put the amount you decide into that. Please, please think about this.

You said at the last sentencing you saw a large support system for Ann Marie and our grandsons. There is no support system for them now since we had to move them out of state.

Dean and I believed he would be found innocent and we would move to be near them.

If you can find leniency in your heart for Dean please allow him not be confined but let him do something positive for the community. I know your leniency will not be wasted. Dean will follow all your dictates handed to him with respect. Please don't take him away from these boys He is their rock. We had to move them recently for their safety but each day they are still saying they miss Papou. It is heartbreaking.

One error in judgment should not destroy my husband's life. Please give him a change to continue doing the good work he has done his entire life with never ever a blemish on his record until this situation. He has helped so many people over his career. Wherever we go people come up to him, people we don't know, and wish him luck and say they are praying for him. He had helped hundreds of kids get into college, jobs, helped people get into hospice when they are dying, helped people get their children into rehab. I wish you cold talk to the hundreds of people who life he affected.

So now our life, our grandchildren's life, is in your hands. I beg you to consider a creative punishment for my husband.  A type of punishment that will allow him to continue to care for his precious boys.  Not seeing their Papou will be horrible punishment for Dean and Dylan. Please look deep into your heart for empathy and kindness for these boys.

Sincerely,

Gail Margaret Skelos

Encls (Pictures)







Ann Marie Diaz

September 30, 2018

The Honorable Kimba Wood
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Regarding: United States vs. Skelos

Dear Judge Wood:

I respectfully submit this character reference letter on behalf of Dean Skelos. I have had
the honor of knowing Dean for several years. Dean is a father figure to both myself,
and my boys, Dean and Dylan. The aftermath of the first trial was a challenge to
navigate on my own, coupled with the struggles of raising two boys with special needs
by myself, a divorce, and the sudden passing of my father, Arthur Diaz, all at the same
time. It has been almost three years since I last wrote you, your honor, and it is my
hope that this letter helps shed some light on what has transpired since then.

In June 2016, the boys and I moved in with Dean and Gail Skelos. It was during these
two years that Dean, despite all of his legal woes, put the well-being of me and my
children first, and saved us. Taking in two boys, a large dog, two cats, and a single
mom that just lost everything is no small ask. When Dean took us in, he just shrugged
and said "we're family". But people say a lot of things. In the two years that we lived
there, Dean showed me what family means. It means that you always show up, that you
always follow through, and that is what Dean has done for my two boys. He has
become their much needed father figure, disciplinarian, advocate and friend. To the
boys, he is their Papou! To me, he is a dad.

Dean was present, engaged, and involved in every aspect of the boys' daily world. He
became an integral part of their daily schedule from the moment they woke up, until the
moment they would cuddle for an episode of Peppa Pig before bed. For the first time,
my sons had a male role model they could count on for consistency.

My sons have very different personalities and, as Dean would always say, Dylan makes
you laugh and Dean makes you smile. This couldn't be more true, and in the last two
years the boys have made Dean laugh and smile daily. One of my favorite memories
of Dean and the boys would be their dance parties in the living room. Dean allowed the

boys to be kids. He never sat back and watched them grow, he actively participated in their growth. Dean never cared if he looked silly when we played songs like "shake your sillies out" and "the ants go marching one by one".

Dean would often help create a fort in the living room for the boys, play hide and seek, teach them life skills such as cooking and laundry. He never missed an opportunity to take in their presence and appreciate his time with them. He had daily routines with the boys that they all looked forward to. In the morning, it would be a race between the boys to get to Dean first and play a game of candy crush before getting ready for school. In the evening, Dean and Dylan would share a bowl of ice cream while Dean read to him.

One of Dean's favorite pastimes with the boys is taking a special trip to Stew Leonards. Here the boys got to have fun playing with all the singing farm animals and pick out lobsters. My son Dean is fascinated by lobsters. Once home, Dean and the boys would place the lobsters down so the boys could watch them crawl around. Sounds simple enough; however, it takes a lot of patience, care and energy to manage my boys in public due to language barriers, impulsive behaviors and safety concerns, and then to continue to engage with them once home. The smiles on my boys faces when Dean would say they were going to Stew Leonards was priceless. It's memories like these that stand out to me because of how happy Dean made my boys, how much fun and laughter we were able to have over a simple trip to Stew Leonards.

While that probably sounds very average and typical to most, there is nothing typical about the world we live in. Both of my sons are diagnosed with Autism, with the elder being non-verbal. Both boys struggle with verbal communication and rely on gestures, therapies and communication devices for assisted communication. Our walls are decorated with visual schedules and safety reminders. They follow strict schedules and ABA lifestyle (applied behavior analysis) that needs to be followed by all members of the household to keep the boys on task.

There is no cure for autism; the only hope for my boys to become the best versions of themselves is through extensive therapies and treatments. My hope is for them to be able to be academic, graduate from school and be able to manage their own lives independently. However, without Dean's financial support for services and therapies, that will only be a hope. One of the biggest struggles I face being a single mom of two boys with autism is keeping up with the cost of these interventions. Dean and Gail have been instrumental in providing the boys with opportunities to access a multitude of therapies. From home services where we have been able to work with ABA therapists and BCBAs (Board Certified Behavior Analysts) to manage behaviors, to outside therapies such as access to therapeutic horseback riding (Horseability), sensory gyms memberships, art therapy and music therapy programs, Dean and Gail have helped to provide and participated in these services with us as a family. The progress monitoring data collection from our Behavioral team show us that the boys are benefiting and growing - at their own rate - because of these services and consistency at home. It is a reminder that with a lot of hard work, we celebrate what seem to be many small victories to the outside world. But to us, their magnitude cannot be measured.

The most important intervention for my son Dean will be his participation in the Duke Stem Cell Compassionate Care Program. This program is highly competitive with a wait-list years long. Duke has been the leader in Autism Research. The program is sponsored by the Marcus Foundation and use autologous and allogeneic cord blood for improving outcomes of individuals with Autism. Since the first clinical trial, there have been tremendous results that have led to additional rounds of the program being scheduled. Parents and doctors report that participants in this clinical program exhibit reduced behavioral issues, as well as increased verbal skills and social capacity/awareness.  My son Dean is currently in medical review with Duke after two years of advocating to have him evaluated as he appears to be a perfect candidate on paper. We pray for good news of official acceptance. However, should he be denied for any reason, our next step would be to pursue the same program at the Stem Cell Institute Panama, which is more than double the price. When you have a child who can't communicate with anyone other than his immediate family, you want to do everything possible to just help him talk. This program is changing the lives for people with Autism. However, with a starting cost of $15,000, which does not include travel, follow up appointments, post therapy supports, this is not something I can afford on my own.

Without the emotional and financial support of Dean and Gail Skelos, my boys and I would be nowhere. Even now, as we have relocated to Florida this past May to avoid the publicity of the current trial, we have seen a tremendous setback for both boys behaviorally and emotionally due to the schedule change, loss of routine, gap in services and daily relationships. School has just begun and we are resuming private services for after school and weekends to help create a new norm for the boys that helps them work toward their IEP and communication goals. Respectfully, without Dean and Gail's financial support none of these things would be possible. We facetime with Dean and Gail daily; however, the boys are struggling with not being able to have that in person relationship that has meant so much in their development.

I cannot even begin to think about how long term incarceration of Dean will impact the boys.  Dean means everything to the boys and to me, he is the glue that keeps us together. It is because of this that I beg for leniency in Dean's sentencing.

Best,

Ann Marie Diaz

August 27, 2018

The Hon Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY. 10065

Re: Dean Skelos

Honorable Kimba Wood,

Please consider this letter when sentencing our neighbor and friend, Dean Skelos. For the past twenty years my husband Mark and I have resided at 24 Roxen Road, Rockville Centre, New York, living across the street from Dean and Gail Skelos. Over these years we developed a friendship with them, and have had a birds eye view to the life Dean has led as proud public servant, devoted husband, father, and grandfather. He has always been a loving family man, kind and patient as well as a giving neighbor.

Throughout the years we have watched as he lived his life modestly with humility and has always tried to lead by example. We watched, as he would leave his family to attend to his duties as our State Senator with selfless devotion to the community, that resulted in so many beneficial programs and improvements to our community. We watched as he built a solid career and name for himself. We watched as he tried endlessly to provide a stable home for his adoptive and troubled son. We watched, as extended family would gather regularly for family dinners and celebrations. Then we watched as it all began to slip away.

We watched as Dean and Gail opened their home to their daughter-in-law, Anne Marie, along with her two autistic children, their grandsons, to ensure that they had a safe home and stable environment to develop in. We watched as Dean would read to them, play with them and teach them to be good men, a role their natural father could not provide. We watched, as the police would sometimes be called because of the erratic behavior of his son. We watched as the moving van pulled up, to move Ann Marie, and his grandsons to another State so that they could be physically safe and have a fresh start. Although this hurt him deeply, he did it stoically, in a strong supportive manner, both emotionally and financially. We watched as his name was taken down from the sports complex he worked so hard to get for our community. We watched as he lost all that was important to him.

We saw first hand the emotional and physical toll this all has taken on Dean and Gail, and have been there to console and comfort them in times of crises. With the Court now considering Dean's sentence, we request that your Honour consider the totality of his achievements, contributions to the community, and his role as husband and grandfather. We believe that one lapse in judgment, which has caused him to be stripped of everything important to him, including his good name, is punishment enough. We also, believe that he has more to offer to our community and is instrumental in the raising of his grandsons. Lastly, a long prison sentence will be detrimental to the development of his grandsons as Dean has been the constant stable male figure in their lives. Please show leniency and compassion and allow Dean to continue helping others in the community, and not waste the wonderful attributes, education and personal skills of this kind talented man. One mistake in an otherwise impeccable life should not define him.

Very truly yours,

Robin Sackstein

August 9, 2018

Honorable Kimba M. Wood
United States District Judge
Room 18 B
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, Y 10007-1312

Dear Honorable Judge Wood:

My name is Gil Bernardino. I am the Founder and the Executive Director of Círculo de la
Hispanidad, a nonprofit 501 (c) (3) organization established in Long Beach, New York, in 1980.
I am also the Founder of Evergreen Charter School in Hempstead, New York, a free public
school authorized by the New York State Education Department and the Board of Regents in
2009.

I have known Dean Skelos for more than thirty years and throughout his career as a New York
State Senator. I have tremendous respect and admiration for Dean as a person and for his
contributions to my community.

I have known him in his role as a senator, helping the community including my community. I
have also known him as a person who has dealt with many personal challenges with his son and
grandchildren and have watched him open his heart and his home to his daughter in law and his
grandchildren.

As a parent myself, I am aware of the joys and challenges of parenting. I am also aware that we
are distinct from the choices our children and our grandchildren make. As a father, grandfather
and as the founder of a community based organization and school I have witnessed many
parents, like Dean, who have continued to support children while they "self-destruct". I know it
can be painful to watch children make destructive choices that can have severe and lasting
consequences for all.

Dean has supported his son over the years through many difficult moments. He has continued to
support him even though his son had made many destructive choices affecting his life and that of
his children and those around him. I know Dean is a compassionate and caring person and have
also watched as Dean and his wife took in his daughter in law and cared for her and his two
grandchildren during moments of conflict with Adam, Dean's son. This temporary stay became
permanent for several years.

Let me tell you a little about myself and how Senator Skelos has helped my community and
stood up for Hispanics when Hispanics didn't count. Thanks to his support, tens of thousands of

Hispanics have been able to receive needed services to help their families and themselves and lead a better life.

I have lived in the United States since 1974. I am an immigrant teacher from Spain. When I first came to Long Island, I witnessed firsthand the tremendous discrimination immigrants faced. I personally experienced many, many challenges. After overcoming huge obstacles, I decided that, instead of teaching, I could be most helpful to my community by establishing a nonprofit organization to help other immigrants like me. I left the safety of a teaching position in New York City and founded Círculo de la Hispanidad.

Círculo started with a focus on youth, helping Hispanics to complete their education and learn English. Over the past thirty years, the organization has grown from one program to now over twenty different programs concentrating on five central areas: **Youth Services, HIV/AIDS, Domestic Violence, Housing and Education Services.** We serve over 5,000 individuals a year out of three office locations including two in Hempstead and one in Long Beach. While the organization was established to serve Spanish speaking immigrants, we serve everyone; approximately 65 % of our clients are Hispanics, 15% Caucasian and 15% are African American. The other 5% are individuals of different races and ethnicities.

**Back in the 1990's Hispanics received little respect and were not given a voice. It was then that Dean Skelos took a risk and made a decision to help my community, a result that impacted thousands of individuals' lives for the better that will continue to resonate and affect individuals for many years and generations to come.** Thanks to his efforts, our organization received seed funding which we used to purchase land in Hempstead. We eventually secured a bond deal that helped us build out a 35,000 square foot facility located in the Village of Hempstead, one of Nassau County's most impoverished and neediest communities. We are very proud of the facility. **It is New York State's first green building to have achieved Gold Status by the U.S. Green Building Council for its LEED (leadership in energy and environmental) design.** We built it to be a model for other nonprofits to show them that you can build green.

**This facility would not have been possible if Dean Skelos had not taken the high political risk some decades earlier to support Hispanic causes and to listen to the voice of Hispanics.** No elected official that I know of, and I have known many, has done a similar act with nothing to win and lots to lose politically. At that time, there were a small number of Hispanic voters in his district, and they had little influence. **He took a risk and did the right thing by responding to emerging needs. Dean Skelos has not only my respect and admiration but also of my community.**

The center has educational classrooms, a large multipurpose room and a commercial kitchen for programming and activities. In addition to community services offered by Círculo de la

Hispanidad, the Center also serves as a home to Evergreen Charter School, a free public school, giving hope to over 500 students in kindergarten through eighth grade. The school has operated since 2009 and now has a waiting list of over 500 children. The children continue to outperform those in the Hempstead School District each year.

*Dean Skelos also supported our Domestic Violence Program*, a much needed service in the community. With his support, we obtained the seed funding to start a yearly **"Walk to End the Silence on Domestic Violence,"** on the Long Beach boardwalk. We started this five years ago and have continued to hold the walk each October. The day of the walk we post large informational cardboard plaques, in English and Spanish, which feature information about domestic violence including statistics. The plaques also have artwork from children and from victims of domestic violence. They are left up throughout the day for individuals in the community to see so that awareness can be raised about domestic violence. We are grateful to Dean Skelos for helping to support this important cause as well.

**<u>Dean Skelos's level of compassion with those in need and his high commitment to support the right causes in his community without political gain is to be commended.</u>**

I am forever grateful for all that Dean Skelos has done for the community at large, especially the Hispanic community. I will never forget the act of courage that he made to support our community when no one would give us their ear. **He did it because it was the right thing to do.**

**Dean Skelos's legacy will help tens of thousands of Hispanics and non-Hispanics for many generations to come.**

**Honorable Judge Wood, I hope my letter conveys the respect I have for Dean and for what he has done for his community. I also want you to know that I had admired him through the many challenges he has faced with his family and how he has carried himself as a father, grandfather and family man. Dean is compassionate and has a heart.**

Please take this into consideration as you make your decision.

Thank you for your attention.

Sincerely,


Gil Bernardino

Founder and Executive Director

September 28th, 2018

Honorable Kimba M. Wood
United States District Judge
Room 18 B
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, 10007-1312

Dear Honorable Judge Wood:

My name is Welquis Lopez and I am a former member of the Board of Trustees of both Molloy College and South Nassau Communities Hospital. I have known former Senator Skelos for over 40 years. Our friendship is one that I hold dear to my heart. He has been there to support me in good times and bad, always with an encouraging word and endless support.

In, 1966, at the age of 12, I came to this country from Cuba with my brother, who was 14. I was in a new place, didn't speak the language, eat the food and had no parents for protection. We were in a new place with nothing but the clothes on our backs. I was fortunate enough to go to school but I had to work as well. I worked on a tomato farm picking tomatoes for 50 cents a bucket. I knew I needed to work to get what I wanted. I got my self through college and worked many jobs at once. The universe works in mysterious ways and gives you hope even when you think you have lost it.

I believe that the universe sent me Dean. Dean supported my family when we faced real difficulties. When my wife and I were "ready" to buy a home for our 3 children to grow up in, we ran into some major bumps in the road. We thought that after the down payment was sent and we signed the contract, everything was fine. However, the taxes were not considered and I did not have the funds to pay them. I was 36, and scared I would let my whole family down. I worried that I would lose the house and the down payment. I was in a panic. Senator Skelos at the time was a mentor to me and I explained to him my situation asking for advice. To my surprise, he lent me the needed funds for the taxes. I cried, he allowed me to take several months to pay him back without any interest.   This is just one example of Senator Skelos' values of compassion without asking for anything.   He did this as a friend to help me and my family. With his help I was able to provide my children with a safer home then the one I grew up in, a better education and all around better quality of life than I ever had as a child. Senator Skelos has always been there to help people.  This is the kind of person that he is.  Senator Skelos is a great human being with a gigantic

heart, placing people first. I have    an enormous amount of respect and admiration for this man.

With that being said, I have experienced first hand his empathy and compassion to help out the community, specifically my community (hispanic community). In 2010, former Senator Skelos teamed up with the Hispanic Federation and Molloy College  to form the Unidad Latina Conference (ULC). Senator Skelos was the driving force behind this conference . He met with important hispanic leaders and asked them to participate in this conference. This was the first time that the NY Senate sponsored a Hispanic Conference. We brought in —— Hispanics into one room to discuss hard topics, to network, to make ourselves familiar to one another for support etc. The Unidad Latina Conference was comprised of Hispanics who worked for some of the top Fortune 500 Companies as well as small local hispanic owned businesses, government officials and organizations. He recognized their efforts in the community. The ULC also raised funds for 15 scholarships for students. I was given the responsibility to work with all parties involved in the conference and bring in the Hispanics who work in these Fortune 500 companies and businesses. Keynote speakers touched based on real topics that affect the community like employment, immigration, teen suicide and housing. The speeches were raw and emotional. It was a great way to truly hear and understand the real issues  and struggles facing the Hispanic Community. This Conference was such a success, it was done for the next 5 years. Senator Skelos really showed his compassion and support for our growing community. With in 5 years, $400,000 was raised for scholarships. Every year the conference continue to be a platform to bring real issues to the table, giving activist, mentors and businesses a chance to be transparent and speak about their mission for change with in the community.

I respectfully ask you to consider Senator Skelos' compassion and generosity to his fellow human beings and neighbors.    His commitment to support the community with out political gain must be commended. He has touched many hearts and helped to change many peoples lives not just mine. He has faced many challenges with his family, as a father, grandfather and a family friend. He is an outstanding human and to me words can't even begin to describe how truly amazing he is. Your honor, please take this into consideration as you make your final decision.

Thank you for your attention.

Respectfully,


Welquis Lopez
Board of Trustees
Molloy College
Rockville Centre, New York

October 2ⁿᵈ, 2018

Hon. Kimba M. Wood
United States District Judge
Rm. 18B
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The Honorable Kimba M. Wood:

     I am writing this letter in support of my uncle, Dean Skelos. Dean has been a central father figure ever since I was 6 years old. Growing up Dean never missed a birthday dinner, baseball, basketball and football game of mine. Even though he was in Albany and should of been having dinner with the members of the Senate. He has always given me positive guidance and inspiration in furthering my life goals.

     In fact if it wasn't for the support from Dean over the years, I wouldn't be the man that I am today. On January 16, 1991, when I was six years old, my father died from lung cancer. This is a day that I will never forget. Dean was with me. A year before that on December of 1989 my mom and Aunt Gail's mother, Marcia Bernhardt, was misdiagnosed and died on the operating table, the result from a massive heart attack. Dean was with me. Then in June of 2006 two days after Father's Day, I lost another family member to lung cancer, my uncle Ron Segal, married to my dad's sister. Dean was with me. Your honor to be honest with you... my family has never had it easy. The reason for telling my past family history is because there is one man and one man ONLY who stepped into the role of a father figure to me and was there for my aunt and mom during these tragic times, it was Dean.

     Currently I've been with the State Senate for the past 15 years. In June of 2003, I graduated from Christian Brothers Military Academy with a rank of Cadet Second Lieutenant, Dean was there. In May of 2007, I graduated from Siena College, with a Major in Political Science and Minor in Economics, again Dean was there. During this time period I interned in the New York State Senate from 2003-2007 under former Senator Owen H. Johnson assisting in constituent relations, legal research and helping to draft legislation in the areas of vicarious liability and no fault insurance. In that time I've learned a lot about the way the state functions. In 2008 I furthered my career in the State Senate moving to Majority Central Staff, working and interacting with all thirty-two Senators wearing many different hats focusing on different issues. With guidance from Dean and support I graduated from the College of St. Rose with a dual Masters in Political Science and History in 2014. I also own a landscaping business which I've run since 20 years of age and recently formed a partnership with two older gentleman that share a passion with me for reviving and maintaining commercial property. The motto of our company is "Preservation over Profit". Many of the items we purchase for buildings come from a local architectural salvage non-for-profit organization "Historic Albany Foundation". This ensures that the original

character of the building is preserved. I am also a board member of HAF. The Historic Albany Foundation preserves and protects buildings that have architectural, historic or civil value, by providing technical assistance, education, and advocacy.

Judge Wood, in addition I've interacted with many State Senators and I can tell you from personal experience that Dean is different. He ALWAYS introduced himself to my friends and his constituents as just Dean. To me that's a trait of a humble man.

Dean has not had it easy being a single parent. I refer to him as a single parent because Adam's mother was never really there for my cousin Adam, leaving Dean to play the dual role of mother and father. Adam's psychological issues are a whole other topic to discuss. From the fact that he was adopted and sexually abused by Adam's step-father. Adam can best be described as damaged.

The point being is that throughout Adam's life, Dean has always cared and loved for his son. This entailed Dean trying his hardest to keep Adam on the straight and narrow line. After all that was the oath that Dean took when he adopted Adam, providing his son with a loving and nurturing home. There were many times where Dean could have said to Adam "you're on your own kid, I tried my best" and parted ways with his son. But if for one second and one second alone Dean said that, he would be going against his word to always do his best not to abandon his son.

Keeping Adam in a positive direction in life has always been a constant struggle for my Uncle Dean and Aunt Gail as his step-mother. Every time something good happened to Dean whether it was becoming Majority Leader or winning a Senate seat, Adam would do something foolish as if he liked drawing negative attention upon himself and hurting his father. I can share with you numerous accounts of the years at family gatherings over the years where Adam has ruined our holiday such as getting into a fight with his girlfriend then dragging the family into it. In fact I just heard a story the other day from one of my Uncle's former staffers that when Adam was a six years old visiting his dad in Albany. Adam grabbed a pair of scissors from the secretary and preceded to cut himself then write on the wall with his blood while yelling back at the secretary while she tried to grab the scissors. Does this sound like the Adam we heard on the phone calls in your court room? The same boy that is now a man talking back to his father in a disrespectful way. I'm sharing this story your honor because I believe its highly pertinent to what this whole trial came down to and why the prosecution even occurred.

It's truly a story of a father trying to maintain his son. I say to myself often that if I was my uncle I would have told Adam years ago "enough is enough, goodbye." But I'm not a father, I hope to be one someday and instill my son with the values that Dean has ingrained in me. In reality I don't know if it would be that easy to abandon my son. So I can understand why time after time Dean forgave Adam for his misdeeds hoping each time that it would be the last time Adam diverted to a negative direction.

If you had a son Judge Wood, would you abandon him? In conclusion while writing this letter to you I recently found out that my mom Carla after ten years of dedicated service was just fired from her job at Park Strategies, LLC. Your honor I am asking you to consider everything that I have shared with you in this letter and put it in perspective. My uncle Dean is a GOOD MAN! He is a man of outstanding character, the total opposite of what the media has painted him with their inflammatory brush strokes.

Moreover your Honor I've already faced the death of my father and my uncle Ron. If my uncle Dean was incarcerated it would certainly be the equivalent of his death, taken away from his family by the higher powers that be. No longer getting to see the faces of those that he so

truly loved. This death of a family member is not a pleasant experience as I'm sure you know. I'm not sure that I would be able to handle seeing the face of my mom and Aunt Gail weeping in anguish seeing a man confined to a jail cell who did such much good for his community and family.

Surely there must be other alternatives to the former. We are not dealing with a murderer, rapist, nor a violent drug dealer. My uncle does not pose a threat whatsoever to the public. I beg you Judge Wood to please consider a probation program combined with community service for my uncle. Sitting locked away in a prison cell is a burdening cost to the public which does no good at all for the community. There are many more benefits for the general public if he was placed on probation and served community service. After all he has dedicated his whole career to serving the public.

Your Truly,

Charles P. Silverstein

August 14,2018

The Hon. Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan U.S. Court House
500 Pearl Street
New York, NY. 10065

Dear Judge Wood:

I attended the recent trial of my brother Dean Skelos nearly every day. I was extremely shocked and saddened to hear the jury verdict of guilty. Throughout the trial, I listened to the testimony of the government's cooperating witnesses who, even under their non-prosecution agreements, testified that they never felt threatened by Dean. I was hoping that the jury would hear those words as I did. Apparently, they did not and became swept up in the prosecution's intent on sending another politician to jail.

The jury verdict saddens our entire family, Dean's friends and the constituents he served so well and honorably for more than 30 years. Dean accomplished much good for others during his career because he truly cared for his constituents and other people throughout the state who came to him for help in his time of need. I am sure that you will hear from many of them as you did after the first verdict. Please consider those good deeds in mitigation of his sentence.

Since the start of the prosecution, Dean's former daughter in law, Ann, and her two autistic children suffered dislocation and extreme emotional upset. When they had no place to go, Dean and his wife Gail took them into their home with open arms and supported them financially and emotionally. Now those little boys face the prospect of losing an important positive male figure in their lives. Please take that into consideration.

Dean's family remains steadfast and strong in our support for him and Gail but we are hurting nonetheless. We love him and care for him with every fibre of our beings. We respectfully ask that you do not send him to jail but that you sentence him to community service where he can put his years of positive experience to good use. Dean has suffered enough by the loss of his dignity, his position as a state senator and leader, his license to practice law and his right to vote – a right he encouraged all to exercise. My brother has become a shell of himself and is mired in depression. Isn't that enough? We don't want to see him die in jail.

Thank you for considering my thoughts.

Respectfully,

*Anastasia Skelos Lester*

Anastasia Skelos Lester

# Carla A Silverstein

July 30, 2018

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY. 10066

Your Honor:

I am writing in support of my brother in law, Dean G. Skelos whose career ended with one bad error in judgement. I am sure you are aware, this would not have been an error if he was any other American citizen. His error was asking someone he thought was a friend if they had any work for his son Adam. Dean was never to benefit financially or by any other means. or was capable, as was explained to the jury, of changing any vote in the Legislature.. His life and good name has been destroyed.. Since 2015 when he was initially indicted, he has become basically a recluse who is embarrassed to be seen in public. This has been a self imposed jail sentence..

Dean had a 30 year stellar career in New York State by serving his constituents in Nassau County. He was always there for those in need which is why he was so well respected and beloved by all of those he served. He is still supported by his constituents.

Since my husband passed away when my son Charlie was 5 years old, Dean has been my main support as well as my sons. Even though we live in different areas of the state, Dean never missed a baseball game or basketball game. He was there for every important in my sons life as well as my own. Charlie will b getting married next year and it so very important that Dean be there. It will be heartbreaking if he is unable to attend.

For the past seven years, Dean has been the main support of his son ex-wife and their 2 little boys who are both special needs after being diagnosed with Autism. Dean and my sister Gail have had Ann Marie Skelos living with them since Ann Marie last her home because of her ex husbands problems. Dean has been the main father figure to the little boys as well as being their main financial support. Dean is the one who put them on the school bus every morning and was there to help them when they got off the bus. Recently Dean and Gail had to move Ann Marie out of state for her safety as well as the

boys. These boys are lost with out their grandfather and will suffer greatly. Please, as a mother yourself, reconsider any incarceration.

If you want to sentence Dean to anything, please consider some type of community service where he can continue to do the work that he previously was doing. By that, I mean helping those in his community.

Please take my comments into consideration.

Sincerely,

Carla A. Silverstein

Honorable Kimba Wood
U.S. District Judge
Daniel Patrick Moynihan U.S. Court House
500 Pearl Street
New York, NY 10065

October 1, 2018

Dear Judge Wood,

I am Dean Skelos' youngest sister and was very upset at the outcome of the retrial
listening to the guilty verdict as one can only imagine. But now it is time to move on
to the sentencing. I respectfully ask that you consider my observations and
perspective.

These events have destroyed Dean's reputation. All that he has worked for his
entire life has been wiped out. But more importantly to Dean, he knows that our
family's good name has been destroyed and from that Dean has suffered greatly -
both mentally and emotionally. Dean was the oldest brother and uncle that we all
looked up to. Dean and I are almost 14 years apart so I have always admired him
and I still do. He was the brother I looked to for guidance, but I see a different
person than I have known my entire life. Now he is merely a hollow shell of a
person. He no longer wants to leave his home, he prefers to be surrounded only by
his family and his small close circle of friends. Even then, he mostly stares into
space fixated on spending his last years in jail, instead of enjoying life with his
devoted wife, his family and most of all, his precious grandsons that he, like any
grandparent, adores and wants to watch grow up. Now, he is terribly depressed
because he has nothing to look forward to.

It breaks my heart that my oldest brother, who now is the patriarch of our family
since our dad passed away a year ago, cannot look forward to future milestones and
events that will happen in our family, such as weddings, graduations, births and
family trips. Please remember how Dean and Gail took in their former daughter-in-
law and their two special needs grandsons when they had no place to go.

Your honor, I know that punishment is part of the sentencing process, but I want
you to understand that Dean has been punished already and has suffered greatly
these past three years. I am respectfully asking you to consider how Dean has
already been punished and that you show mercy towards my brother. Only you
have that power.

Please understand that Dean is innately a good and kind man, who always helped
others. There was not a person who came to him for assistance who Dean did not
try to help in some way. Now, it is within your power to help Dean in some way and
I am asking that you show the kind of understanding for his troubles that he showed
for the troubles of others. Putting him in jail will do nothing to advance the cause of

society other than simply be a means of meting out retribution. Because Dean is
already destroyed, retribution has been accomplished. Community service is more
appropriate and Dean would be able to continue to further help those in need, like
he did for so many years.

Please take this letter and all the other letters sent on Dean's behalf into
consideration when you are sentencing my 70 year old brother.

Thank you for your consideration in reading this letter.

Very truly yours,

*Penelope Skelos Michelis*

Penelope Skelos Michelis