**Mark Turan**

███████████████████████████████

Hon. Kimba M. Wood
United States District Judge
Rm. 18B
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

October, 2018

Dear Judge Wood;

I am writing to you again with great grief. While I respect the judicial system, I am still finding it hard to believe that Dean G. Skelos is guilty of the charges he was convicted of.

As I mentioned when I wrote to you almost 2 years ago, I have known Dean and his family for more than 17 years and have seen firsthand what a compassionate and caring man he is. He loves his family with all his heart, especially his grandchildren, whom have given him a joyful exuberance.

As a person born with Cerebral Palsy, I have been a victim of discrimination my whole life, but when the Senator was looking for someone to fill an opening in his office, he looked beyond my disability and hired me. In the political world it's easy to say that you care about people with disabilities and take photos to show it. But Dean did more, he gave me an opportunity and for that opportunity I will always be truly grateful.

During my 9 years in his office I saw Dean work tirelessly on behalf of the residents of the 9th Senate District and the entire State of New York.  Most of all, I had a front row seat to see Senator Dean G. Skelos work to improve the lives of the State's most vulnerable. As the original author of Meagan's Law, Senator Skelos has protected children from convicted sexual predators. In addition, as New York State Senator, Dean G. Skelos has helped to pass legislation that continues to assist senior citizens and people with disabilities throughout New York State.

When I became a husband and a father Dean made my family feel like it was an extension of his.  After leaving the Senate nine years ago, I am proud to say that Dean and I have remained friends. He has and continues to be very supportive of me and my endeavors.

I ask you again to please take all the good that Dean Skelos has done for New York State into consideration during his sentencing hearing.

Thank you for your time and consideration,


Mark Turan



**Red Apple Group**

EXECUTIVE OFFICES

**John A. Catsimatidis**
Chairman & CEO

212-956-5803
jac@ragny.com

Real Estate
Energy
Finance
Insurance
Supermarkets

September 18, 2018

The Honorable Kimba M. Wood
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Dean G. Skelos

Dear Judge Wood:

Please accept this letter for your consideration in your sentencing determination of Dean G. Skelos, recently convicted in a trial before Your Honor for violations of official misconduct laws.

I am the Chairman and CEO of the Red Apple Group, a privately held conglomerate active in the grocery, energy, real estate and insurance industries. I also host two major weekly radio shows on AM 970. I am active in many community, charitable and religious organizations.

I have known Mr. Skelos for over 25 years, as a friend, fellow leader of the Greek American community, and as an involved businessman concerned with the issues of state government. He is a deeply caring human being, blessed with a generosity of spirit, and an abundance of high moral character and professional ethics.

In my associations with him, I have found him to be a highly responsible professional. He has consistently, as a State Senator, strived to carry forth his responsibilities as a state official with diligence and concern. He has always tried to do "The People's Business," to make New York State a better place to live, work and raise our children.

My opinion about Mr. Skelos is based upon personally observing him and knowing many of the people he has worked with in government and throughout the larger community.

Respectfully, I do not believe that Mr. Skelos is capable of knowingly and willfully committing any crime or otherwise doing anything that may be deemed immoral or unethical.

He is only guilty of being a deeply loving, overly protective and concerned father to a deeply troubled and vulnerable son.

Based on all of the above, I respectfully urge that Mr. Skelos be given a non-incarceratory sentence, perhaps community service, where he can use his talent and expertise to assist the community in a positive way.

I thank Your Honor for your consideration of this letter.

Respectfully yours,

John A, Catsimatidis

### JOHN J. CONWAY, III
### Attorney at Law

████████████████████

August 7, 2018

Honorable Kimba M. Wood
United States District Court
Room 485
Daniel Patrick Moynihan
Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Dean G. Skelos

Dear Judge Wood,

I am submitting this letter in support of Dean Skelos. I have known and worked with Dean since 1987, more than thirty years. I hold and will continue to hold him in the highest regard. Dean Skelos has never disappointed me.

I would like to give you a little of my own background. I grew up in a family of lawyers. My mother, father, grandfather were all lawyers. My sister is a lawyer. Our daughter recently graduated from law school. My father and uncle were New York State Supreme Court Justices. I am a strong supporter of the law and the judicial system.

Dean has done nothing but good for his district and the people of the State of New York. All of that has been taken away from him.

I am sure you know that he was the Senator who shepherded Megan's Law through the legislative process. I would like to give you information about another aspect of Dean's extensive legislative career.

In 1989, Dean sponsored a bill which would protect rape victims by providing a privilege of confidentiality for the communications between a rape crisis counselor and the rape victim. This would create a similar privilege to that already existing between a patient and a doctor, a psychiatrist or a social worker. The bill languished in the Rules Committee in 1989. The bill passed the Senate in 1990, 1991 and 1992. Finally, due to Dean's perseverance, it passed both Houses of the Legislature in 1993 and was signed into law, by then Governor Mario Cuomo as Chapter 432 of the Laws of 1993.

In supporting the approval of this bill, the Division for Women of the State of New York, wrote:

> "Recovery from a rape or sexual assault depends upon the victim's ability to come to terms with with the various feelings associated with the assault. The assurance that the communication between a victim and a rape crisis counselor is essential to creating a feeling of trust ..."

Through Dean's efforts, the victims in the State of New York, have had that "feeling of trust," for the past 23 years.

Among the other supporters of Dean's legislation were the Attorney General, then Robert Abrams, the New York State Department of Health, the Division of Probation, the New York State Bar Association, the New York State Law Enforcement Council, signed by Robert M. Morgenthau, then New York County District Attorney. The NYS Division of Criminal Justice Services and the Crime Victims Board.

Dean has always been there to help others whenever anyone needed help. Even today, he is the only male influence in lives of his two autistic grandsons.. Their futures will be tragically impacted if they are separated from Dean.

Our whole world has watched as children have been taken from their parents when coming into the United States. Please do not let this happen to Dean's grandsons.

Dean has done so much good for the State of New York and he has already been severely punished by the loss of al he worked for and has loved in the area of public service.

Please do not subject him to any imprisonment.

Thank you for your consideration.

Sincerely,

John J. Conway, III

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street,
New York, NY
10065

Re:     Dean Skelos

Honorable Kimba M. Wood,

Dean and Gail Skelos have been our next-door neighbors for the past ten years. From the moment we moved in, Dean extended a warm welcome and even though he had many other obligations, he supported us during one of the most difficult times in our lives as we dealt with a number of issues with our daughter. The Dean Skelos we know and have experienced first-hand is a man who is dedicated to his family and community. Dean and his wife Gail took in their daughter-in-law Anne and her two autistic sons. Dean and Gail opened their home and made it Anne and the boy's home providing a safe and nurturing environment. Dean dedicated his life to nurturing the boys through his loving and caring nature. He spent hours playing with the boys as well as reading to them and being a male care giver to them. A most common sight upon entering the Skelos' home, was one of the boys is sitting on their Grandfather's lap doing puzzles, playing a game or reading a book.

Dean has already lost so much and has suffered greatly. Everything he worked for and achieved for the State of New York and his constituents has now been overshadowed by his conviction. Now Anne and the boys have moved out of state and it is obvious to us this event has caused Dean great pain as the boys are such an integral part of his life as he is an integral part of the boy's life. Dean and Gail make extraordinary efforts to remain an integral part of the boy's lives through technology mediums such as Face Time and through extended visits to their new home.

Dean has had a stellar career marred by one mistake. We have seen him suffer through many humiliating events since his trial including removing his name removed from a community athletic complex of which he is still proud he made the athletic conference possible for the community of Rockville Centre.

We respectfully ask you for leniency for Dean Skelos. Please know he has suffered greatly however has been a great father figure to Anne, dedicated and doting grandfather to his grandsons as well as a dedicated neighbor and friend. The boys have already lost their father and it would be tragic if they lost their grandfather as well.

Respectfully,

Eva & Ed Watson



**PETERYOUNG**
HOUSING ● INDUSTRIES ● TREATMENT

August 20, 2018

Honorable Kimba M. Wood, US District Judge
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10065

Dear Judge Wood:

I am writing this letter to share with you about my relationship with Dean Skelos. I met Dean through my role as a Volunteer Chaplain for the New York State Senate and with my certified credentials as an Employee Assistance Specialist; I was available to any employee wanting to speak to me about family and personal concerns.

I first met Dean more than thirty years ago when he came to the Legislature. We had many private conversations about his son Adam. Adam was most difficult during his temper tantrums and his ability to accept supervision. We discussed how Adam might profit from a strong youth camp that would strengthen his need for discipline.

After years of working with troubled clients and directing several agencies, I believe Dean did his very best for Adam.

Dean and Gail have been wonderful grandparents to their two autistic grandsons and their mother in finding resources for their expectations. Dean and Gail are supporting them financially with housing and more importantly all their treatment and therapists.

Dean is a wonderful person and deserves leniency. From my personal experience of forty years of working in a major leadership position in the Prison System, I am sure that *society would best benefit for him to continue to help others through community services using his own personal experience to best benefit others.*

Sincerely,

Rev. Peter G. Young
CEO Emeritus

The Altamont Program, Inc, ● 820 River Street, Inc.

September 22, 2018

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, N.Y. 10066

Your Honor:

I am writing this letter on behalf of my close friend, Dean Skelos. Dean and I grew up together in Rockville Centre, and he and his wife Gail, and my wife Nancy and I, have become very dear friends over the past twenty plus years, spending many, many weekends and vacation times together. In many ways, we are as close as family, if not closer.

Dean has a proven track record within our community, his legislative district, and all of New York State, as an honest and hard working politician who listens to "his people", shows compassion at every turn, and has done more good than handfuls of politicians before him. His love for family, friends and sensibility never falter.

I do not understand how Dean was found guilty of any wrong doings, and I am certainly unable to change the court's verdict for him, but I can implore mercy upon you when determining Dean's sentence. Dean's livelihood (and politics was his life), has been taken from him; his ability to practice law was taken from him; his name, his legacy and all his accomplishments have been mitigated and minimized; in essence, his life was taken from him. Over these past four years, I've seen a man defamed of his very essence and suffer beyond what most folks can ever imagine.

I ask you to consider what Dean has already endured during these past years, and beg you to consider his time already served as his sentence for this verdict.

Thank you for taking time to read my letter and for your consideration of same.

Respectfully submitted,

Donald R. DiBrita Sr

Nancy A. DiBrita

September 23, 2018

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, N.Y. 10066

Your Honor:

I am writing in support of my dear friend, Dean Skelos, whose career in politics abruptly ended. During his 30 iyear career in New York State government. Dean was totally respected and beloved by those he served. I am still approached daily by residents in his and my hometown of Rockville Centre, New York. All are appalled and extremely saddened that this is happening to such a wonderful, caring, respected and dynamic man who has done so much for so many. All have continued to offer their total support for him in any way they can.

Since 2015 Dean's life has forever changed. Once a vibrant, social, charming individual Dean is now a broken man with little social interactions. His life, career, family name, future have been destroyed. Please consider all the good that this man done and all his accomplishments during his 30 plus years in government and let him continue to be a benefit and asset to society in some type of community service rather than imprisonment.

Dean is not a criminal and does not deserve to serve time in prison. Thank you for your consideration

Very truly yours,

Nancy A. DiBrita

Nancy A. DiBrita

Hon. Kimba Wood

Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Wood:

I am writing on behalf of Dean Skelos to respectfully request your mercy and compassion as you contemplate his sentence.

In a recent conversation with Dean, I reminded him that while he must face the reality of his current situation, there are countless people such as myself who will be forever grateful for his years of public service.  In particular, I worked for Dean so I was able to get to know him as a boss while observing his passion to serve others.  As a young man in the early part of my career, Dean spoke to me as if I was a peer and encouraged me to push past limitations.  He always saw the best in me and challenged me to challenge myself in difficult tasks.  In short, he taught me to never be afraid to make tough decisions and to enjoy the feeling of our ability to help others through public service.

I don't need to list to you his success in passing many laws that improved the lives of others, but if you don't know, Dean cared deeply for the people he served.  He trusts that God has a plan for him regardless of his circumstances and I am fully confident that once he gets past this very difficult time, he will continue to serve others in any way that he can.

Again, I respectfully request that you consider his record of public service and his future potential to help others and give him a lenient sentence.

Sincerely,

Michael E. Arens

███████████████████

Honorable Kimba Wood
U.S. District Judge
Daniel Patrick Moynihan U.S. Court House
500 Pearl Street
New York, NY 10065

Oct. 3, 2018

Dear Judge Wood,

We hope you will take time to read this letter on behalf of our Uncle Dean Skelos.
We are the youngest (18, 18 and 15) of all the cousins in our family. The last few
years have been difficult for all of us. Not only watching our uncle go through two
trials, we lost our last grandparent when our Papou died in 2017.

It's been very hard for us to read online and see on TV news about our Uncle
Dean. Hearing our mom tell us that he was convicted at the second trial made
us very upset. Its not easy for us to understand all of this and hear that he could
be spending years in jail.   The person we see portrayed in the news is not the
person that we know and love.

Please let us tell you about our uncle. We know our Uncle Dean to be a nice,
soft-spoken person who always wants to know about us.  He is interested in
what we are learning at school, our sports and where we are applying to colleges
now.   If our uncle goes to jail he will miss our graduations and other celebrations
that are important to us. Uncle Dean and Aunt Gail come visit us every summer
at our beach house and they always cook our favorite BBQ food. Thinking about
him not being with us next summer or for our graduations or visiting us at college
makes us very sad.   Knowing that last summer could be the last time he spends
with us in the summer was very upsetting to us.

Please show compassion when you are sentencing our Uncle Dean.   Having
him do community service instead of jail as a punishment would be better
because he has always helped people when he was a state senator.   Thank you
for reading our letter.

Sincerely yours,


Eleni Michelis                            Nikolas Michelis                    ███████████████

███████

September 10, 2018

Honorable Kimba M. Wood

United States District Judge

Daniel Patrick Moynihan United State Court House

500 Pearl Street

New York, New York 10065

Dear Judge Wood:

I write on behalf of Dean Skelos, who will shortly come before your court for sentencing.

I have known Dean since the mid 1980's, when he had recently been elected to the State Senate and I was working as director of government relations for the New York State Catholic Conference.

I found Dean affable, reflective and—most of all—a man of integrity, true to his word. I have maintained a friendship with him since those days, and I traveled recently to New York City to support Dean when he was on the witness stand in his recent trial.

The offense for which he has been convicted, surely an error in judgement, was due, I believe, to his absolute and long-time loyalty to his son Adam, for whom Dean sought to find employment.

Adam was a high-maintenance child since the day Dean and Gail adopted him, a boy with serious mental challenges, and Dean has stood by him over the years. (That has been most evident in recent months, when Dean and Gail have taken into their home Adam's wife and two autistic sons, for whom Dean has long been the father figure in their lives.)

2

I realize that people must be made to suffer the consequences of their decisions, and that no one is above the law. But I also believe that each case needs to be evaluated as to its particular circumstances. Clearly Dean Skelos gained no financial benefit for himself by what he did. Nor, I am convinced, did he change the way he would have voted on any particular piece of legislation based on the promise of a job for his son.

I know, too, that the personal suffering Dean has undergone over the last couple of years has been immense; his reputation has been shattered after an unsullied career of thirty-five years as a public servant.

For all of the above reasons, Your Honor, I would ask you respectfully to consider a penalty that does not include incarceration---in particular, because Dean's grandsons need him very much as a daily presence in their lives.

Thank you, Judge Wood, for whatever consideration you may give to my concerns. Please be assured that I have the highest respect for the difficult decisions you must make daily.

Sincerely yours,

*Kenneth J. Doyle*

Rev. Kenneth J. Doyle, Esq.

Pastor Emeritus

Parish of Mater Christi, Albany

**NORTHVILLE**



NIC HOLDING CORP.   225 BROADHOLLOW ROAD, SUITE 212W, PO BOX 2937, MELVILLE, NEW YORK 11747

CELL 516-996-0040   OFFICE 631-753-4211   FAX 631-390-5411   email: geneb@northville.com

GENE M. BERNSTEIN
Chairman, Northville Industries Corp.
div. of NIC Holding Corp.

September 20, 2018

The Honorable Judge Kimba Wood
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
NY, NY 10007

Dear Judge Wood:

I am writing on behalf of Dean Skelos, who I have known for over three decades. We first met through his cousin, who is a college friend of mine, and I subsequently had a few interactions with him in his position as the #2 Republican in the NYS Senate and ultimately the Majority Leader.

In the first instance I was the Chairman of the Board of Alfred University, a private school in upstate New York which runs the world renowned NYS College of Ceramics, which a School of Art and Design and a School of Ceramic Engineering and Biomaterials. Quite a bit of friction developed between some of the senior and some retired faculty members of the College on the one hand, and the private sector of the University on the other. Dean was instrumental in helping to resolve the issues and it has been smooth sailing since.

In the second instance, as the sponsor of a co-op in northern Manhattan I found it intriguing and disconcerting that the Legislature passed a bill enabling single family homeowners to get a credit for installing solar panels, but not multi-family housing. This just didn't make any sense to me. I reached out to Dean and he immediately recognized the inconsistency, not to mention the flaw, in the bill and had a new bill passed that extended the credit to multi-family apartment building in the state.

In both cases he stepped up to the plate quickly and efficiently, serving the people of NY State in these various instances. I'm sure there are many other situations over his long distinguished career wherein he did likewise and urge your consideration of this service when deciding upon a sentence.

Respectfully submitted,

Gene M. Bernstein, Chairman
Northville Industries

 Recycled Paper

August 10, 2018

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, New York 10065

Dear Judge Wood:

I am writing this letter to share with you information on Dean Skelos. It is my hope that you will find the information relevant to issues before you.

I have known Dean Skelos for over 30 years. I worked for several Speakers in the Assembly before ending my career with Attorney General Koppell. Dean had an unblemished career for 35 years in the Senate. Dean cared about people, he worked very hard for his constituents, passed legislation that no one could be denied Hospice Care; helped college students in the administrative process, etc.

Dean has two autistic grandchildren, Dean and Dylan; they have no other male role model in their lives! They will be profoundly impacted if they are kept from him. Dean is financially supporting the boys and their mother, Ann Marie, including all the costs that are part of autism treatments and therapists. These two little boys have suffered enough! They cannot lose their Grandfather!

Please show leniency and compassion and allow Dean to continue to help others in the community and not waste his wonderful attributes! He is very kind, a wonderful husband to my friend Gail, and an exceptional Grandfather to the boys.

Thank you for your consideration.


Donna Gallo Langan

August 2, 2018


Honorable Kimba M. Wood
United States District Judge
Room 18B
D.P. Moynihan, U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: A Request for Leniency for Dean Skelos**

Dear Hon. Kimba M. Wood:

As per the enclosed correspondence to you on January 18, 2018, I have known Dean Skelos for well over fifty years. My wife and I consider Dean and Gail Skelos dear close friends.

Today, I am pleading with you to take into your sentencing process of Dean Skelos the fact that he has an unblemished 35-year career of public service for the people of New York State. Over the years he has tirelessly championed the many needs of all his constituents. Dean Skelos has never, never placed his own personal needs above his commitment to help other people, both young and old. He has never, never changed a single one of his votes so that he would benefit financially or in any other manner.

On a compassionate note, Dean, for the past five years or so, unselfishly given so much of his person to support, nurture and love two autistic grandsons. This attention was when they and their mother were left without a roof over their heads. They have lived in Dean and Gail's house for years. These boys are the love of his life. He has never tired of being with them. He puts them to bed every night. Not only has he supported them as a grandfather and friend, but Dean has financially provided for all the many special needs that are required for autistic children's treatments and the therapists.

Judge Wood, my good friend Dean Skelos has always been of unquestionable integrity throughout his private and public life. In my opinion, just this one unintentional mistake should not cause this man of his good reputation and honest intent to spend time in jail.

Please, your Honor, consider all the pain, suffering and penance that Dean and his family have already experienced. I am respectfully asking you to consider my sincere request for leniency.

Sincerely yours,

Paul H. Durnan
Enc: Copy of PHD/January 2016 letter

Paul H. Durnan

████████████████████

January 18, 2016

Honorable Kimba M. Wood
United States District Judge
Room 18B
D.P. Moynihan, U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: A Request for Leniency for Dean Skelos**

Dear Hon. Kimba M. Wood:

First of all, please allow me the Liberty of introducing myself and passing on to you some of my personal information:

- ❖ My name is Paul H. Durnan, currently 74 years of age, married 52 years to my wife Sherry Durnan. I am a father of 7 adult-children and now a grandfather of 16 grandchildren.

- ❖ A lifelong resident of Rockville Centre, N.Y.

- ❖ A graduate of Saint Agnes Cathedral Elementary School (1955) and Saint Agnes Cathedral High School (1959) in Rockville Centre, New York

- ❖ A graduate of Holy Cross College, Worcester, MA with a dual major in Philosophy and Economics.

- ❖ Chairman, C.E.O. and Co-founder (with my wife Sherry) of The Durnan Group, Inc. of Rockville Centre, NY specializing in Workers Compensation Safety Group Programs and OSHA compliance protocols.

- ❖ Chairman of the Board of Trustees (1998-2005) of Molloy College, Rockville Centre, NY. Currently Chair-Emeritus.

- ❖ Founding Trustee of Catholic Health Services of Long Island (CHSLI ) which is the seven-hospital healthcare system of The Diocese of Rockville Centre.

- ❖ Currently Chairman of The Board of Telecare Television Station in Uniondale, NY. This is the Catholic TV station owned by the Diocese of Rockville Centre which broadcasts in over 40 states across the country.

- ❖ President of the Atlantic Beach Club in Atlantic Beach, NY.

- ❖ A Knight of The Order of Malta (1997- present)

- ❖ A Knight of The Order of The Holy Sepulchre (1985- present)

Your Honor, please know my intention of mentioning all the above, pertaining to myself, I do humbly, so as to first of all express that I very much care about my community, my church and most of all, our society today and the world our grandchildren will grow up and live in.

Also I express my different experiences and involvements, in hopes you might recognize the various people and lives I have met and with whom I have known and dealt with.

I therefore would like to share how among so many of those I have experienced working with, Dean Skelos has always stood out as such a true leader, an untiring man of public service, a fellow of great integrity, and always a consummate gentleman.

I met Dean Skelos, thirty years ago, which I believe was the beginning of his political career. My husband and I were introduced by a friend at a Parish gathering and we were encouraged to lend our support to him.

The first fifteen years of our relationship were mostly comprised of following Dean's political career. During that time as Senator he was always so very supportive of us. There were always letters to congratulate and encourage us on the opening of our own Insurance Agency, right in Rockville Centre, or on celebrating our Agency's anniversary as years past.

In the past fifteen years, through mutual friends, Dean and his wife Gail have become very dear friends of ours. We have shared many dinners at each other's homes, with other friends, traveled on a wonderful trip to Ireland together and visited each other's beach clubs. Despite Dean's busy schedule he always said yes to attend our children's weddings or special family birthday or anniversary celebrations.

In addition and more importantly, Dean has always had a faithful attachment to all his family, his wife Gail, his son Adam, his 94 year old father Basil, his grandfather George (deceased) who owned and ran the renowned "George's Bakery" in our town for many years (and where Dean worked as a child), His brothers Peter and Nicholas and sisters Penny and Stacy.

Regarding his son Adam, I know Dean has always had an untiring love for him, always hoping he would have a family of his own someday.

My husband Paul and I have been with Adam at a number of occasions and he was always pleasant and engaging. We do know that since Adam married his wife Ann a few years ago, they have had two children. The first son, Dean, has been diagnosed with Autism and their second son Dylan is now showing some similar traits. Regardless of that difficult time or the stress this may cause any family, Gail has always expressed to me how happy she and Dean were to have the children visit and stay at their home, which they very much enjoy.

Generally speaking, whenever or wherever we have been with Dean, it was never about himself. For sure, there had to be pressures in his position as Senator and naturally worries that go along with family life. But Dean always had a smile and his attention was always on those he was with, not on himself.

❖   Co-founder and Co-President of the Long Island Legatus International Chapter. An international organization of Catholic CEO's.

❖   Parishioner of Saint Agnes Cathedral, Rockville Centre, NY
  ➢ Eucharistic Minister
  ➢ Senior Mass Lecturer

As I have previously mentioned above, I am a lifelong resident of the Incorporated Village of Rockville Centre, NY. As such, I have known Dean Skelos for well over 50 years. I can easily and proudly say that, as a close friend of both Dean and Gail Skelos, I hold my head high in telling you, your Honor, that Dean Skelos is one of the most honest and unselfish individuals I have known.

Dean never places his own personal needs ahead of the needs of others. His integrity is unquestionable and his commitment to help other people, whether in a political venue or otherwise, are just some of Dean's outstanding positive personal traits.

A champion for the common well-being of the citizens of Rockville Centre, Long Island, and for that matter, all of New York State, Dean Skelos' 30 years of public service has created a reputation of him being a very well respected and very well admired person.

One of his most passionate efforts in the New York State Senate was to create, and help pass into law, legislation in the state that protects young children from sexual predators. This resulted in the passage of "Megan's Law" which requires convicted sex offenders to register themselves with the State and notify the registry whenever they relocate. This legislation, first of its kind in the entire country, simply put, gives parents the upper hand in protecting their children from sexual predators.

Even though I have never done business with Dean Skelos, over the years when my wife and I, along with other friends, would go out to dinner with Dean and Gail, he would always insist that he pay for their portion of the dinner check since he wanted to make it clear that he was not looking for any favors from those present.

Dean Skelos has always been very dedicated to his own family and his extended family. Now, as a grandfather, Dean has so often shown how much he loves and cherishes his two grandsons. During his whole life, he has always been there for his family.

Judge Wood, I truly believe that my friend Dean Skelos has suffered so much already going through the recent indictment, arrest and trial. May I respectfully ask you to consider in your sentencing decision process all of the good this man has done for others during the past 30 years both in his personal and political life.

Sincerely yours,

Paul H. Duman

Sherry L. Durnan



August 2, 2018

Honorable Kimba M. Wood
United States District Judge
Room 18B
D.P. Moynihan, U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

**Re: A Request for Leniency for Dean Skelos**

Dear Hon. Kimba M. Wood:

With much respect for you and your important position as a United States District Judge, I write to you regarding the sentencing of Dean Skelos. It is my fervent plea, prayer and hope that you might afford great leniency to my dear friend.

To start I would like to reiterate the stellar job Dean Skelos preformed during his thirty-five years in serving his constituents here on Long Island in so many ways. Whether young or old, rich or poor he would reach out to anyone who needed assistance. In his official position he passed legislation to ensure that no one be denied hospice care.

Dean also wrote and enacted, along with the mother of Megan Kanho, the "Megan Law Reform Act" that strengthened the law in many ways so as to further protect the young from any sexual predators.

Now with all that being said, I really plead and intercede for your leniency and compassion maybe more so because the past three years Dean and his wife Gail and family have suffered terribly with his indictment and what that affects. Let alone dealing with an adopted son who has always been a cross to bear with his serious mental issues. But with all that Dean and his wife took into their home their daughter-in-law, Ann Marie and their two autistic grandsons, Dean and Dylan. He financially and mentally supported them with the additional expenses that autism treatments require. Dean has become the father image for those two boys and really loves them very much. As they do him.

In closing, I could not do so without mentioning that Dean Skelos who I have known for many years, is a man of great character, integrity, kindness and generosity. It all seems so very wrong, that a man who made one wrong judgement, a man who lead an admirable life for 35 years and never personally gained in any financial way should be punished further. I truly know and believe he and his entire family have suffered tremendously for the past three years.

Please, your Honor, consider all the pain, suffering and penance that Dean and all involved have already gone through. But maybe most of all please realize the tremendous loss his two grandsons would experience without the fatherly presence of Dean, along with his great concern for their financial support.

Please consider my sincere and urgent request for leniency.

Respectfully yours,

Sherry L. Durnan

Sherry L. Durnan

Enc:  Copy of SLD/January 2016 letter

Sherry L. Durnan

January 18, 2016

Honorable Kimba M. Wood
United States District Judge
Room 18B
D.P. Moynihan, U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Hon. Kimba M. Wood:

To begin, I would like to introduce myself, my name is Sherry Durnan and I have been a resident of Rockville Centre for 47 years. Although I have been involved with many community, church and societal endeavors, I mention primarily that which is most important to me, that of being the mother of seven (now adult) children and presently blessed with sixteen grandchildren. I spent the first 18 years of my married life raising our children, as a stay-at home mom. When our youngest child entered kindergarten, my husband Paul (now of 52 years) and myself opened in 1981 The Durnan Insurance Group in his hometown of Rockville Centre. I became C.F.O. and manager of the Agency, that has grown over the past 30 years and now is owned by two of our sons.

Also during the past 30-40 years, my husband and I were involved in many volunteer and apostolic endeavors, in many organizations and movements, always with the hopes to enrich our community, church and beyond.

Presently, I am the Co-Founder and Co-President of the Long Island Chapter of Legatus International (an organization of Catholic C.E.O. and their spouses.)

I am, at present, on the Board of Directors of Catholic Charities for the Diocese of Rockville Centre. I am also on the Board of the Equestrian Order of the Holy Sepulchre for the Archdiocese of New York (an organization which supports the Holy Land).

I, along with my husband, belong to the Order of Malta, myself as a Dame, and together we have made twelve annual pilgrimages to Lourdes, France, to bring a number of sickly pilgrims and their caregivers to seek some healing.

In my community of Rockville Centre and St. Agnes Cathedral Parish, I have been a Eucharistic Minister for almost 30 years (helping to distribute Communion on weekdays and Sundays). I am also a Lector for the past I 0 years, reading the Scriptures at our Masses, and a Minister of Consolation, to help families of deceased members plan their family Funeral Mass.

In closing, I would like to share a special time with Dean, and his wife Gail at his side. Paul and I have, in the past years, been present in Albany for Dean's swearing in as Senator, I remember well how happy Dean was to see his 90 year old (at that time) father be so proud of him, as were his wife Gail, brother Peter and son Adam. And as he spoke to us you could feel the depth of sincerity Dean had in serving his state and being a public servant. He went on to explain that although his birth mother had died when he was two years old, his very caring Mom, who raised him was always encouraging him to become a public servant "to give, to give back and serve others." Dean closed with thanking her for all she had taught and given him.

Your Honor, at this time, I would like to express my gratitude to you for taking the time to read and listen to all that I have expressed. I have done so with great sincerity in hopes you may understand how fervently I ask or request that you might please consider leniency when it comes to the sentencing of our friend Dean Skelos and his son Adam.

In his thirty years as a Senator of New York State, he has done so much good for so many people, young and old, rich and poor, disabled or handicapped, especially here in his district on Long Island.

I truly know and believe he and his entire family has already suffered tremendously in so many ways. They have watched a "favorite son" be ridiculed, criticized, demoralized and belittled by the media or by those who hold little or no respect for any figure in public office.

Along with that I know Dean and Gail have experienced great pain knowing Dean's very well respected family name here in Rockville Centre for a number of generations has been so demeaned.

And lastly, the total loss of his whole 30 year political career and all the good he has done as a public servant weigh heavily in their hearts and lives.

Please, your Honor, consider all the pain, suffering and penance that has already been experienced by all involved. I then, would be greatly appreciative if you could please consider my sincere and urgent request for leniency.

Respectfully yours,

*Sherry L. Durnan*

Sherry L. Durnan

# DOUGLAS MARCUS, M.D.

151 Broadway • Amityville, NY 11701                                         34 Elm Street • Great Neck, NY 11021
(631) 691-1333 • Fax (631) 691-1334                                         (516) 773-3320 • Fax (516) 487-7218

August 1, 2018

United States District Court
Southern District Of New York
Probation Office
White Plains, NY 10601
Attn: Katrina Minus-Shephard

Re: Dean Skelos          DOB: 02/16/48

To Ms. Minus-Shephard:





Sincerely,

Douglas Marcus, MD

Cc:     G. Robert Gage, JR
        Bernard W. Ozarowski, III

Constantine A. Haliasos, M.D.
146 Trinity Place
West Hempstead, New York 11552
516-203-5013

August 6, 2018

Katrina Minus-Shepard
U.S. Probation Officer
United States Courthouse
300 Quarropas Street
White Plains. N.Y. 10601

Re: Dean Skelos

Dear Ms. Minus-Shepard,

Sincerely,

Constantine A. Haliasos, M.D.

*Constantine A. Haliasos, M.D.*
*146 Trinity Place*
*West Hempstead, New York 11552*
*516-483-9688*

January 30, 2016

Katrina Minus-Shepard
U.S. Probation Officer
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: Dean Skelos

Dear Ms. Minus-Shepard,

Sincerely,

Constantine A. Haliasos, M.D.