UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

            v.                                   15-CR-317 (KMW)

**ORDER**

DEAL SKELOS,

                 Defendant.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      The Court grants Defendant's request to file under seal the motion to modify his sentence and accompanying exhibit. The Government is directed to respond to this motion by March 31, 2020.

Dated: New York, New York
       March 30, 2020                                          /s/ Kimba M. Wood
                                                            KIMBA M. WOOD
                                                    United States District Judge