UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

              v.              15-CR-317 (KMW)

**ORDER**

DEAL SKELOS,

              Defendant.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      The Courts asks that Defendant state in writing by 3:00 p.m. this afternoon, April 3, 2020, whether he intends to seek bail pending appeal in this matter.

Dated: New York, New York
       April 3, 2020                                     /s/ Kimba M. Wood
                                                             KIMBA M. WOOD
                                                      United States District Judge