UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                  15-CR-317 (KMW)
                                                      **ORDER**

       v.

DEAN SKELOS,

                Defendant.
------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

       Matthew Leish, in-house counsel for non-party Daily News L.P., has requested the unsealing of Defendant's motion for compassionate release and associated submissions.

       Defense counsel shall provide the Court, by 3:30 p.m. today, copies of Defendant's motion for compassionate release, Defendant's supplemental letters dated March 27, 2020 and April 1, 2020, and any additional documents related to Defendant's present motion not filed on the public docket, using highlighting to indicate proposed redactions. Defense counsel shall take note that redactions must be very limited under Second Circuit law in order vindicate the public's qualified right of access to judicial proceedings and documents under the common law and the First Amendment.

       The reason this time period is short is that defense counsel should have filed redacted copies initially. I expect to rule on the proposed redactions today by 4:30 p.m.

SO ORDERED.

Dated: New York, New York
       April 9, 2020                                          /s/ Kimba M. Wood
                                                              KIMBA M. WOOD
                                                            United States District Judge