```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
```

UNITED STATES OF AMERICA

                                                  15-CR-317 (KMW)
                                                  **<u>ORDER</u>**

      v.

DEAN SKELOS,

            Defendant.
```
---------------------------------------------------------------X
```

KIMBA M. WOOD, District Judge:

      The Court has reviewed the minimal redactions proposed by defense counsel. They relate only to confidential medical material that is rightly shielded from the view of others. By April 13, 2020 at noon, defense counsel shall publicly file all documents that have been submitted to the Court but not previously filed on the public docket in connection with Defendant's motion for compassionate release; the short description of Defendant's medical information that Defendant seeks to redact may be redacted.

SO ORDERED.

Dated:  New York, New York
         April 10, 2020                                 /s/ Kimba M. Wood
                                                            KIMBA M. WOOD
                                                    United States District Judge