UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

               v.                                         15-CR-317 (KMW)

DEAL SKELOS,                                         **ORDER**

                      Defendant.
-------------------------------------------------------X
KIMBA M. WOOD, United States District Judge:

       The Court will hold a telephone conference this afternoon, April 21, 2020, at 4:30 p.m. By 3:30 p.m., the Government shall explain, in writing, its statement that "it now appears unlikely that [Defendant] will be granted home confinement in addition to any furlough." (ECF No. 516.) During the telephone conference, the Government should be prepared to provide a definite date by which it expects the BOP to make a final determination with respect to Defendant's furlough or compassionate release.

       To join the telephone conference, the parties should dial 888-363-4749 and enter access code 1613818.


Dated: New York, New York
       April 21, 2020                                       /s/ Kimba M. Wood
                                                         KIMBA M. WOOD
                                               United States District Judge