# GAGE SPENCER & FLEMING LLP

### ATTORNEYS AT LAW

### 410 PARK AVENUE

### NEW YORK, NEW YORK 10022

TELEPHONE: (212) 768-4900
FACSIMILE: (212) 768-3629
E-MAIL: info@gagespencer.com

April 28, 2020

<u>Via ECF</u>

The Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007-1312

<span style="color:darkred">**MEMO ENDORSED**</span>

> Re:   ***United States v. Dean Skelos***,
>        <u>**S1 15 Cr. 317 (KMW)**</u>

Dear Judge Wood:

    As Your Honor knows, we represent Dean Skelos.   We understand the government's letter this afternoon accurately reflects Mr. Skelos' present situation (Doc. No. 525). Accordingly, we write to withdraw our application for compassionate release (Doc. No. 508).

Respectfully submitted,

<u>/s/ *G. Robert Gage Jr.*</u>

G. Robert Gage, Jr.

<u>/s/ *Alexandra Shapiro*</u>

Alexandra Shapiro
Shapiro Arato Bach LLP

cc: All Counsel of Record (via ECF)

**The pending motion for compassionate release (ECF No. 508) is withdrawn.**

**SO ORDERED.**

**Dated: April 28, 2020**
**New York, New York**

<u>**/s/ Kimba M. Wood**</u>
**KIMBA M. WOOD**
**United States District Judge**